

1995 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

4-26-1995

# American Cyanamid v Fermenta

Precedential or Non-Precedential:

Docket 94-5413

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_1995

Recommended Citation

"American Cyanamid v Fermenta" (1995). *1995 Decisions.* Paper 74.
http://digitalcommons.law.villanova.edu/thirdcircuit_1995/74

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 1995 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT


NO. 94-5413


AMERICAN CYANAMID COMPANY,
Appellant

v.

FERMENTA ANIMAL HEALTH COMPANY,
a Delaware corporation


On Appeal From the United States District Court
For the District of New Jersey
(D.C. Civil Action No. 93-cv-04936)


BEFORE: STAPLETON, HUTCHINSON and ROSENN, <u>Circuit</u> <u>Judges</u>

O R D E R


IT IS ORDERED THAT:

1.  The petition for panel rehearing is granted.

2.  The panel's opinion is vacated.

3.  A revised panel opinion will be filed following circulation to the full court in accordance with IOP 9.4.

4.  The application for rehearing in banc is dismissed as moot, but without prejudice to the filing of a new application for rehearing in banc in accordance with IOP 9.5.


BY THE COURT,


/S/ Walter K. Stapleton

                                        Circuit Judge

DATED: April 26, 1995